```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOVELL BELTON,
                                                              NOT FOR PUBLICATION
                    Plaintiff,
                                                              MEMORANDUM & ORDER
           - against -                                        19-MC-986 (PKC) (LB)

THE BARRY WHITE ESTATE, and LOVE
UNLIMITED,

                    Defendants.
------------------------------------------------------------x
```

PAMELA K. CHEN, United States District Judge:

On August 31, 2007, Plaintiff Lovell Belton ("Plaintiff") was barred from filing any future action in this Court without obtaining leave of the Court. *Belton v. Horn*, No. 07-CV-2731 (RJD); *see also* 28 U.S.C. § 1651 (granting all federal courts authority to issue "all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law"). On April 10, 2019, Plaintiff filed the proposed complaint in this action, accompanied by an application to proceed *in forma pauperis*. (Dkt. 1; Dkt. 2.) Plaintiff's request does not provide any valid reason to allow the proposed complaint to proceed and the proposed complaint—seeking damages for the infringement of an "uncopywrighted [*sic*] musical composition"—is completely devoid of merit. (Dkt. 1, at ECF[1] 6.) Accordingly, Plaintiff's application for leave to file the instant complaint and proceed *in forma pauperis* is denied.

The Court's order barring Plaintiff from filing future *in forma pauperis* complaints without first seeking the Court's leave remains in effect. The Court certifies pursuant to 28 U.S.C. ' 1915(a)(3) that any appeal from this order would not be taken in good faith and, therefore, *in forma*

---

[1] Citations to "ECF" refer to the pagination generated by the Court's CM/ECF docketing system and not the document's internal pagination.

*pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is respectfully directed to enter judgment and close this action.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: April 17, 2019
      Brooklyn, New York